IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| HENRY L. LESTER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:11-cv-480 (CAR) |
| GEORGIA DEPARTMENT OF | : | |
| CORRECTIONS, ALEXIS CHASE, | : | |
| CALVIN RAMSEY, and EDWARD | : | |
| H. BURNSIDE, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## ORDER

Before the Court is *pro se* Plaintiff Henry L. Lester's Notice of Removal [Doc. 1]. Plaintiff filed a state court "mandamus civil action" in the Baldwin County Superior Court on July 8, 2008, for alleged federal and state constitutional violations. On December 2, 2011, Plaintiff filed a Notice of Removal of his state court action.

The federal removal statute, in pertinent part, provides:

Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the *defendant or the defendants* to the district court of the United States for the district and division embracing the place where such action is pending.

1

28 U.S.C. § 1441(a) (emphasis added).  In accordance with the plain language of this statute, only a defendant may remove an action from state to federal court.  <u>Shamrock Oil & Gas Corp. v. Sheets</u>, 313 U.S. 100, 104-05, 61 S.Ct. 868 (1941).  The purpose of restricting the right of removal to a defendant is to "restrict … removal to those who had no choice in selection of a forum."  <u>Escambia Cnty. Bd. of Educ. v. Benton</u>, 358 F. Supp. 2d 1112, 1119 (S.D. Ala. 2005) (quotation and citation omitted).  Further, under 28 U.S.C. § 1446(c)(4), "[i]f it clearly appears on the face of the notice … that removal should not be permitted, the court shall make an order for summary remand."

Here, Plaintiff is not a defendant in the state action and therefore may not remove that action to this Court.  Plaintiff's case is hereby **DISMISSED** and this case is **REMANDED** to the Superior Court of Baldwin County.

**SO ORDERED,** this  9th day of January, 2012.

                                         S/  C. Ashley Royal
                                         C. ASHLEY ROYAL
                                         UNITED STATES DISTRICT JUDGE

LMH